# EXHIBIT A

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Michigan Department of Civil Rights and EEOC

| NAME (Indicate Mr., Ms., Mrs.)<br>Ms. Monica Knowles | | HOME TELEPHONE (Include Area Code)<br>(248) 505-4454 |
|---|---|---|
| STREET ADDRESS<br>3420 Woodlea Drive | CITY, STATE AND ZIP CODE<br>Ann Arbor, MI 48103 | DATE OF BIRTH<br>1955 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

| NAME<br>Charles Schwab & Co, Inc. | NUMBER OF EMPLOYEES, MEMBERS<br>500+ | TELEPHONE (Include Area Code):<br>(800) 648-5300 |
|---|---|---|
| STREET ADDRESS<br>39555 Orchard Hill Pl., Suite 451 | CITY, STATE AND ZIP CODE<br>Novi, MI 48375-5379 | COUNTY<br>Oakland |
| NAME | NUMBER OF EMPLOYEES, MEMBERS: | TELEPHONE (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN

[ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE DISCRIMINATION TOOK PLACE
EARLIEST: January 2017    LATEST: October 2, 2017

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

I began employment with the above-named employer on or about June 30, 2014. I was most recently employed as a Senior Relationship Manager. I am over 40 years old.

In or around April 2015, I received a new direct supervisor, Respondent's Managing Director. I was the oldest employee supervised by the Managing Director. In or around November 2016, a client emailed me with a question, and I replied paraphrasing some talking points provided to me by Respondent. The client posted my answer on a blog and someone in the media questioned Respondent about whether my email was the company's official position. On January 11, 2017, I was placed on a written warning for sending emails to my personal email address and for the November 2016 email. Other employees who engaged in this same behavior were not disciplined. On June 2, 2017, Respondent sent a mass email to clients. One of my clients was dissatisfied with this email and escalated his complaint to Respondent's CEO with whom he had a personal relationship. On June 30, 2017, I was placed on a written warning because my direct supervisor believed that because of this one client's actions, I had a lack of client control. In August 2017, my supervisor began asking when I would be leaving my employment with Respondent.

On or about September 9, 2017, I was forced to resign my employment with Respondent at my supervisor's request in lieu of being terminated. My resignation was effective October 2, 2017. Upon information and belief, I was replaced by a younger employee.

I believe that my employment was terminated based on improper considerations of my age.

I believe that I was discriminated against, retaliated against, and ultimately discharged because of my age in violation of the Age Discrimination in Employment Act of 1967, 29 USC § 621 et seq., as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>*Monica Knowles*<br>SIGNATURE OF COMPLAINANT     6-8-18 DATE |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br>6-8-18    *Monica Knowles*<br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS 8 DAY OF June, 2018.<br>[Notary seal: MEAGAN BLAZIER, NOTARY PUBLIC, COUNTY OF WASHTENAW, My Commission Expires July 17, 2023, STATE OF MICHIGAN] |

EEOC Form 5