UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA KNOWLES,   Case No. 19-cv-12378
Hon. Avern Cohn

    Plaintiff,

v.

CHARLES SCHWAB & CO., INC.,

    Defendant.

| DONALD J. GASIOREK (P24987) | MARGARET CARROLL ALLI (P38281) |
|---|---|
| ANGELA MANNARINO (P72374) | HEATHER G. PTASZNIK (P63344) |
| GASIOREK, MORGAN, GRECO, MCCAULEY, & KOTZIAN, PC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 30500 Northwestern Hwy, Ste 425 | 34977 Woodward Ave., Suite 300 |
| Farmington Hills, MI 48334 | Birmingham, MI 48009 |
| (248) 865-0001 | (248) 593-6400 |
| dgasiorek@gmgmklaw.com | meg.alli@ogletree.com |
| amannarino@gmgmklaw.com | heather.ptasznik@ogletree.com |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

    This matter having come before the Court by stipulation of the parties and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that this matter be and hereby is dismissed with prejudice and without costs or fees to any party.

s/Avern Cohn
United States District Judge

Dated: November 5, 2019

Stipulated and approved for entry:

| | |
|---|---|
| s/Donald J. Gasiorek (with consent) | s/Margaret Carroll Alli |
| DONALD J. GASIOREK (P24987) | MARGARET CARROLL ALLI (P38281) |
| ANGELA MANNARINO (P72374) | HEATHER G. PTASZNIK (P63344) |
| GASIOREK, MORGAN, GRECO, MCCAULEY, & KOTZIAN, PC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 30500 Northwestern Hwy, Ste 425 | 34977 Woodward Ave., Suite 300 |
| Farmington Hills, MI 48334 | Birmingham, MI 48009 |
| (248) 865-0001 | (248) 593-6400 |
| dgasiorek@gmgmklaw.com | meg.alli@ogletree.com |
| amannarino@gmgmklaw.com | heather.ptasznik@ogletree.com |
| November 5, 2019 | November 5, 2019 |

40516000.1

2